## JONAS C. RHINEHART *v.* JOHN J. LEMMON
[No. 45, October Term, 1942.]

*Decided December 7, 1942.*

The cause was argued before BOND, C. J., SLOAN, JOHNSON, DELAPLAINE, COLLINS, MARBURY, and GRASON, JJ.

*D. Eugene Walsh* for the appellant.

*F. Neal Parke* and *Ralph G. Hoffman* for the appellee.

BOND, C. J., delivered the opinion of the Court.